23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 2 1995

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PARK HUNG QUAN | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) M-93-215 |
| | ) |
| UNITED STATES OF AMERICA | ) CRIMINAL NUMBER |
| | ) M-91-041-01 |

ORDER OF DISMISSAL

The Court having adopted the Superseding Report and Recommendation of United States Magistrate Judge William M. Mallet in Order of even date herewith is of the opinion that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody of Petitioner Park Hung Quan should be denied.

It is, therefore, ORDERED that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is hereby DENIED and this cause of action is DISMISSED.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 29th day of September, 1995, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE